UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP LIGHTFOOT,

    Petitioner,

v.                                                  Case No. 11-14967

DEBRA SCUTT,

    Respondent.
                                                    /

**JUDGMENT**

In accordance with the court's June 29, 2012, "Opinion and Order Denying as Moot Petition for a Writ of Habeas Corpus, Denying a Certificate of Appealability, and Denying Permission to Proceed *in Forma Pauperis* on Appeal,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Debra Scutt and against Petitioner Philip Lightfoot. Dated at Detroit, Michigan, this 29th day of June, 2012.

                                                                           DAVID J. WEAVER
                                                                           CLERK OF THE COURT

                                                              BY: s/Lisa Wagner
                                                                       Lisa Wagner, Deputy Clerk
                                                                       and Case Manager to
                                                                       Judge Robert H. Cleland